**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHARLES H. JOHNSON,

    Plaintiff,

v.

CITY OF DETROIT,

    Defendant.

_____/

Case No. 07-13752

Hon. Marianne O. Battani

Magistrate Judge Virginia Morgan

## ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Charles H. Johnson, filed a complaint alleging Defendant, City of Detroit, discriminated against him in his application for various jobs. The Court subsequently referred this matter to Magistrate Judge Virginia Morgan for all pretrial proceedings pursuant to 28 U.S.C. § 636(b)(1)(B).

In a Report and Recommendation ("R&R"), dated September 24, 2008, Magistrate Judge Morgan recommended that Defendant's Motion for Summary Judgment be granted.

Under 28 U.S.C. § 636(b)(1) and E.D. Mich. LR 72.1(d)(2), a party seeking review of a magistrate judge's report and recommendation is required to act within ten days of service of the R&R. A party's failure to file objections waives any further right of appeal. Because Plaintiff filed no objection in this case, he has waived his right to *de novo* review and appeal.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **GRANTS** Defendant's request for summary judgment. Plaintiff's Complaint is **DISMISSED** in its entirety.

**IT IS SO ORDERED.**

                                       s/Marianne O. Battani
                                       MARIANNE O. BATTANI
                                       UNITED STATES DISTRICT JUDGE

DATED: October 21, 2008

**CERTIFICATE OF SERVICE**

Copies of this Order were mailed to Plaintiff and counsel of record on this date by ordinary mail and electronic filing.

                                       s/Bernadette M. Thebolt
                                       Deputy Clerk